Benjamin C. Durham (7684)
BENJAMIN DURHAM LAW FIRM
601 S. 10th St.
Las Vegas, Nevada 89101
(702) 631-6111
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEJANDRO ROJAS,

    Defendant.

CASE NO: 2:17-CR-146-APG-NJK

**UNOPPOSED MOTION FOR PRE-PLEA PRESENTENCE INVESTIGATION REPORT & PROPOSED ORDER**

    Defendant ALEJANDRO ROJAS, by and through his attorney Benjamin C. Durham, moves the court to order a pre-plea presentence investigation report. Mr. Rojas may have prior convictions that would impact his sentencing exposure and plea negotiations; the convictions could result in a sentencing disparity of several years in prison. The presentence report will promote judicial economy and assist in the resolution of this case. Undersigned counsel respectfully requests an order that the Probation Department conduct a pre-plea presentence investigation report. Counsel has spoken with Assistant United States Attorney Brandon Jaroch and he does not oppose this request.

    DATED this 31st day of March, 2018.

                                            /s/ Benjamin Durham
                                            Benjamin C. Durham
                                            Nevada Bar No. 7684
                                            601 S. 10th St.
                                            Las Vegas, Nevada 89101
                                            (702) 631-6111
                                            *Attorney for Defendant*

Benjamin C. Durham (7684)
BENJAMIN DURHAM LAW FIRM
601 S. 10th St.
Las Vegas, Nevada 89101
(702) 631-6111
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ALEJANDRO ROJAS,<br><br>      Defendant. | CASE NO: 2:17-CR-146-APG-NJK<br><br>**ORDER** |

    IT IS HEREBY ORDERED that the Probation Department prepare a pre-plea presentence investigation report for Defendant ALEJANDRO ROJAS.

    DATED this __2__ day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE