# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO ROJAS,<br><br>    Defendant. | Case No. 2:17-cr-146-APG-NJK<br><br>**ORDER REGARDING TRIAL SETTING**<br><br>(ECF No. 84) |

The parties have submitted another stipulation to continue the trial. ECF No. 84. This is at least the eighth continuance of the trial date. I will continue the trial, but the parties are to appear in court on **Monday, September 16, 2019 at 9:00 a.m.** to discuss when this case will be ready for trial, in hopes of avoiding further continuances.

Dated: September 10, 2019.

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE